UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON JAMES O'NEIL,

                Plaintiff,

   v.

STEVEN DePOISTER, *et al*.,

                Defendants.

Case No. C22-5402-JCC-SKV

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND PRETRIAL DEADLINES

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court on Plaintiff's motion for a 90-day extension of the previously established discovery deadline and a corresponding extension of the deadline for filing dispositive motions in this case. Dkt. 69. The Court previously granted Plaintiff one extension of the pretrial deadlines. *See* Dkt. 63. Plaintiff now seeks an additional extension, citing his own failure to properly request discovery and the lack of a law library at the facility where he is currently confined. *See* Dkt. 69. Defendants Steven DePoister and Isaiah Garrison have filed a response to Plaintiff's motion in which they indicate that they do not concede the motion has merit, but otherwise take no position. Dkt. 70. Defendant Darrin Patterson has joined in the response of Defendants

ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND PRETRIAL
DEADLINES - 1

1   DePoister and Garrison.  Dkt. 71.  The remaining Defendants have not responded in any fashion
2   to the motion.
3     The extension requested by Plaintiff is a substantial one, particularly in light of the fact
4   that he has previously been granted one extension.  However, given that Plaintiff is apparently
5   making a good faith effort to conduct the discovery he deems necessary to support his claims,
6   and given the absence of any objection from Defendants, the Court is willing to grant Plaintiff
7   one final extension of the pretrial deadlines.
8     Based on the foregoing, the Court hereby ORDERS as follows:
9     (1) Plaintiff's motion for an extension of the pretrial deadlines (Dkt. 69) is
10  GRANTED.  The discovery deadline is extended to **September 26, 2023**, and the dispositive
11  motion filing deadline is extended to **October 26, 2023**.  Plaintiff is advised that no further
12  extensions of the pretrial deadlines will be granted.
13    (2) The Clerk is directed to send copies of this Order to Plaintiff, to all counsel of
14  record, and to the Honorable John C. Coughenour.
15    DATED this 9th day of August, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND PRETRIAL
DEADLINES - 2