UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON O'NEIL,<br><br>        Plaintiff,<br><br> v.<br><br>STEVEN DePOISTER, *et al.*,<br><br>        Defendants. | Case No. C22-5402-JCC-SKV<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE |

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court on the motion of Defendants Steven DePoister and Isiah Garrison to extend the dispositive motion filing deadline. Dkt. 77. The current deadline for filing dispositive motions is October 26, 2023. *See* Dkt. 72. Defendants DePoister and Garrison seek to extend that deadline on the grounds that the remaining Defendants in this action have engaged in settlement negotiations with Plaintiff, and the parties believe that additional time to work towards a resolution of this matter would be beneficial. *See* Dkt. 77 at 1; Dkt. 78 at ¶¶ 2-3. Defendants DePoister and Garrison ask that the dispositive motion filing deadline be extended to November 27, 2023, and they represent to the Court that neither Plaintiff nor Defendant Darrin Patterson object to this continuance. *See* Dkt. 77 at 1; Dkt. 78 at ¶ 4.

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND DISPOSITIVE
MOTION FILING DEADLINE - 1

The Court is satisfied, based upon the representations of Defendants DePoister and Garrison, that good cause exists for the requested extension.  *See* Fed. R. Civ. P. 6(b)(1)(A).  The Court observes as well that it does not appear any party will be prejudiced by an extension of time, particularly in light of the continuing settlement discussions.

Based on the foregoing, the Court hereby ORDERS as follows:

(1)    Defendants' motion for an extension of the dispositive motion filing deadline (Dkt. 77) is GRANTED.  The dispositive motion filing deadline is extended to ***November 27, 2023***.

(2)    The Clerk is directed to send copies of this Order to Plaintiff, to all counsel of record, and to the Honorable John C. Coughenour.

Dated this 16th day of October, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND DISPOSITIVE
MOTION FILING DEADLINE - 2