THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON O'NEIL, | CASE NO. C22-5402-JCC-SKV |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WASHINGTON DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for voluntary dismissal of the remaining Defendants in this action, namely the State of Washington, Steven DePoister, Isaiah Garrison, and Darrin Patterson (Dkt. Nos. 80, 81). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order against certain defendants if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice as to the remaining Defendants. The Clerk is DIRECTED to close this case.

//

//

MINUTE ORDER
C22-1178-JCC
PAGE - 1

DATED this 14th day of October 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Samantha Spraker</u>
Deputy Clerk